# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# AT PADUCAH

| | | |
|---|---|---|
| **TAMMY HENDERSHOT** | ) | |
| Plaintiff | ) ) ) | |
| vs. | ) ) | No. 5:23-cv-121-BJB |
| **PELLA CORPORATION** | ) ) | Removed from: Calloway Circuit Court |
| Defendant | ) ) ) | No. 23-CI-00230 |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1441 and 1446, Defendant Pella Corporation ("Defendant"), by and through counsel, hereby respectfully appears for the purpose of removing to the United States District Court for the Western District of Kentucky at Paducah the action styled *Tammy Hendershot v. Pella Corporation*, Calloway Circuit Court Case No. 23-CI-00230 (the "State Court Action"). As grounds for the removal, Defendant states as follows:

1. Plaintiff Tammy Hendershot ("Plaintiff") filed her Complaint against Defendant on August 11, 2023, in the Calloway Circuit Court (the "Complaint").

2. Defendant was served on August 16, 2023.

3. All process, pleadings, and orders served upon Defendant in the State Court Action are attached hereto as **Exhibit A**.

4. Under 28 U.S.C. §§ 1441 and 1446, the State Court Action may be properly removed to this Court at any time within thirty (30) days after Defendant's receipt of Plaintiff's Complaint and Summons. This Notice of Removal is therefore timely filed.

## FEDERAL QUESTION

5. The Court has jurisdiction over this entire action pursuant to 28 U.S.C. §§ 1331 and 1441(c) because it is a civil action containing claims arising under the laws of the United States.

*See* Exh. A at ¶ 14 ("The Defendant's firing of Plaintiff…was a violation of…federal laws, including but not limited to…42 USC Section 12101 et. seq.").

## SUPPLEMENTAL JURISDICTION

6. To the extent the Court disagrees that it possesses jurisdiction over any claim pled by Plaintiff, the Court has supplemental jurisdiction over these claims.

7. Each of Plaintiff's claims is "so related to claims in the action within such original jurisdiction that they form part of the same case or controversy under Article III of the United States Constitution." *See* 28 U.S.C. § 1367(a).

8. Specifically, the claims asserted by Plaintiff relate to the same alleged events during Plaintiff's former employment with Pella, including alleged requests for benefits and ultimately separation from employment.

9. Promptly upon filing this Notice of Removal, Defendant will give written notice to Plaintiff and will file a copy of this Notice of Removal with the Clerk of the Calloway Circuit Court.

WHEREFORE, Defendant prays that this Court assume control over this action as this entire action, containing a federal question claim, is properly removed per 28 U.S.C. § 1441.

This 5th day of September, 2023.

Respectfully submitted,

*/s/ August Johannsen*
Jay Inman
August Johannsen
LITTLER MENDELSON, P.S.C.
333 West Vine Street, Suite 1720
Lexington, KY  40507
Telephone: 859.317.7970
Facsimile: 859.259.0067
jinman@littler.com
ajohannsen@littler.com

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 5th day of September, 2023, I electronically filed the foregoing Notice of Removal with the Clerk of the Court using the CM/ECF system, which gives notice to all parties.

*/s/ August Johannsen*
*Counsel for Defendant*